IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | DOCKET NO. 3:17-cr-186-RJC-DSC |
| | ) | |
| **GUSTAVO GUZMAN** | ) | **Filed Under Seal** |
| | ) | |
| _____ | ) | |

## ORDER TO PARTIALLY UNSEAL

The United States has moved to partially unseal the Indictment and Arrest Warrant in this case and this Order to permit disclosure to authorities within the Australian Government to facilitate and carry out a request made pursuant to the Treaty on Mutual Assistance in Criminal Matters between the United States and Australia. For the reasons stated in the Motion, the Motion is hereby GRANTED.

IT IS THEREFORE ORDERED that the United States may disclose the Indictment, Arrest Warrant, and this Order to authorities within the Australian Government.

IT IS FURTHER ORDERED that the Indictment, Arrest Warrant, the Motion to Partially Unseal, and this Order shall otherwise be sealed until further order of this Court.

**SO ORDERED**.

Signed: January 8, 2020

_____
David S. Cayer
United States Magistrate Judge